BEFORE THE FIRST DIVISION, MARCH 15, 1946

No. 50946.—Protest 75613–K of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the merchandise consists of shaving sets similar in all material respects to those the subject of Kempner v. United States (11 Cust. Ct. 173, C. D. 820), the claim at 40 percent under paragraph 339 was sustained.

No. 50947.—Protests 12061–K, etc., of Jos. Riedel Glass Works, Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorites cited in Abstract 15400 the court dismissed the protests.

No. 50948.—Protests 61821–K, etc., of Louis Wolf & Co., Inc. (Seattle).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 50949.—Protests 28194–K, etc., of Reichard Coulston, Inc., et al. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.